

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2016

No. 04-15-00741-CR

Eduardo Ernesto **CARIELO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2826
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to August 17, 2016. **No further extensions will be granted.**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court